FILED

09/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0147

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0147

_____

PLANNED PARENTHOOD OF MONTANA, and
SAMUEL DICKMAN, M.D., on behalf of
themselves and their patients,

      Plaintiffs and Appellees,

   v.                     O R D E R

STATE OF MONTANA, by and through
AUSTIN KNUDSEN, in his official capacity
as Attorney General,

      Defendant and Appellant.

_____

IT IS ORDERED that Honorable Amy Eddy, District Judge, will sit in the above-entitled cause in place of Chief Justice Mike McGrath, who has recused himself.

IT IS FURTHER ORDERED that Honorable Shane A. Vannatta, District Judge, will sit in place of Justice Dirk Sandefur, who has recused himself.

The Clerk shall provide copies hereof to District Court Judges Amy Eddy and Shane A. Vannatta, to all counsel of record, and to Honorable Kurt Krueger.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
September 17 2024